IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )   )   Plaintiff, )   ) v. ) Criminal No. **06-30141-MJR**   ) **GERALD STORY,** )   )   Defendant. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

The Court has received a Request for Modification of Bond Conditions from the U. S. Probation Office, dated October 31, 2006.

The Request indicates that defendant, by his own admission, has a long-standing problem with alcohol and that he needs treatment for alcohol abuse. In addition, a urine specimen collected on the day after his arraignment tested positive for marihuana. The U.S. Probation Office recommends that defendant's bond be modified to require substance abuse treatment and abstinence from alcohol.

The U.S. Attorney concurs in the recommendation. The court notes that defendant's counsel objects to in-patient treatment because it would interfere with his ability to maintain employment.

The court agrees that it is important for defendant to maintain employment. However, effective treatment of Mr. Story's substance abuse problem is, in the long run, much more important. Therefore, the court will modify the conditions of bond as requested.

Mr. Story is cautioned that noncompliance with the condition of release will be grounds

for revocation of his bond.

On the Court's own motion, the conditions of pretrial release for defendant Gerald Story **(Doc. 7)** are **MODIFIED to include the following**:

Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by his supervising officer. The U.S. Probation Office shall arrange for defendant to be evaluated forthwith to determine the appropriate level of treatment.

Defendant shall refrain from use of all alcohol.

**IT IS SO ORDERED.**

DATED:   October 31, 2006.

>   s/ Clifford J. Proud
>   **CLIFFORD J. PROUD**
>   **UNITED STATES MAGISTRATE JUDGE**